IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 06-61009-CIV-MOORE/GARBER

JASON S. CRAIG,

    Plaintiff,

vs.

FOLDFAST, INC., a Florida corporation, and
HSN, L.P., a Delaware limited partnership

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S UNOPPOSED MOTION TO FILE IRREGULARLY-SIZED EXHIBITS

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion to File Irregularly-Sized Exhibits (DE # 32).

UPON CONSIDERATION of the motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Plaintiff's Unopposed Motion to File Irregularly-Sized Exhibits (DE # 32) is DENIED. The scanned images attached to the motion are of sufficient resolution that this Court can enlarge and clearly view the text, making it unnecessary to manually file the full-size originals.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of February, 2006.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record